UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE R. WATSON,

        Plaintiff,                  Case No.  5:06cv153

v.                                  Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT

## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action and served on the parties on November 7, 2007.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

Accordingly, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 7, 2007, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) to evaluate plaintiff's psychiatric treatment at Psychiatric Associates of Ingham and Nurse Michalowski's opinions pursuant to SSR 06-03p.

                                           /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2007